**Opinion issued October 27, 2022**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-22-00635-CV

————————————

### IN RE JUAN ENRIQUEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Juan Enriquez, proceeding pro se, has filed a petition for a writ of mandamus asserting that the trial court has abused its discretion in "den[ying] [his] motion for a trial date" and "allow[ing] [real party in interest, Ahmed A. Morsy,

M.D.,] to interpose affirmative defenses previously waived by him, defenses rejected by this Court, and defenses based on a medical claim no longer in th[e] case."[1]

We deny relator's petition for writ of mandamus. All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1] The underlying case is *Juan Enriquez v. Ahmed A. Morsy, M.D.*, Cause No. 18-CV-0884, in the 10th District Court of Galveston County, Texas, the Honorable Kerry Neves presiding.